

## In The
## Court of Appeals
## Seventh District of Texas at Amarillo

No. 07-19-00251-CR

SHAUN LEE PHILLIPS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 108th District Court
Potter County, Texas
Trial Court No. 74,901-E-CR, Honorable Douglas R. Woodburn, Presiding

August 14, 2019

MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Pursuant to a plea bargain agreement, appellant Shaun Lee Phillips was convicted of robbery[1] and sentenced to fifteen years' confinement. The trial court's certification of appellant's right of appeal reflects that appellant's case is a plea-bargain case with no right of appeal and that appellant has waived the right of appeal. TEX. R. APP. P.

---

[1] TEX. PENAL CODE ANN. § 29.02 (West 2019).

25.2(a)(2), (d).  Notwithstanding the certification, appellant filed a notice of appeal challenging his conviction.

We are required by Rule of Appellate Procedure 25.2(d) to dismiss an appeal "if a certification that shows the defendant has the right of appeal has not been made part of the record."  By letter dated July 9, 2019, we notified appellant of the consequences of the certification and invited him to file an amended certification showing a right of appeal or demonstrate other grounds for continuing the appeal by July 22.  We later extended this deadline to August 5, 2019.  Appellant has not responded to the Court's letter to date.

Accordingly, the appeal is dismissed.  TEX. R. APP. P. 25.2(d).

Per Curiam

Do not publish.